# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| | : | No. 19-696 |
| FRISCA BOEDIARTO, | : | |
| a/k/a "Frisca Boediarto Pickert" | : | |

## REPORT & RECOMMENDATION

TIMOTHY R. RICE  March 6, 2020
U.S. MAGISTRATE JUDGE

On March 6, 2020, I presided at a plea hearing for Defendant Frisca Boediarto, who appeared with counsel, Angela Halim. The United States was represented by Assistant U.S. Attorney Francis Weber.

I questioned Mr. Boediarto under oath on all topics included in the change of plea colloquy used by the Hon. Juan R. Sanchez, United States District Court Judge, and as required by Fed. R. Crim. P. 11. A transcript of the hearing is available for review.

Based on the sworn answers to the questions posed to Mr. Boediarto, and based on information provided at the hearing by his counsel, and the Assistant U.S. Attorney, I find that:

1. Mr. Boediarto understands the nature of his plea;

2. Mr. Boediarto understands the rights he is waiving, and the consequences of pleading guilty;

3. Mr. Boediarto is competent to enter a plea;

4. Mr. Boediarto has entered a knowing and voluntary plea;

5. Mr. Boediarto understands the elements of the charges and the maximum sentence that could be imposed; and

6. There is an independent factual basis to support the charges.

Accordingly, I respectfully recommend that the Court adopt my Report and Recommendation and accept Mr. Boediarto's guilty plea, as entered on March 6, 2020.

BY THE COURT:

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE