

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| FRISCA BOEDIARTO | : | No. 19-696-1 |

ORDER

Upon independent review of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Frisca Boediarto entered on March 6, 2020. Sentence will be imposed on April 15, 2020, at 9:30 A.M. in Courtroom 14B.

BY THE COURT:

Juan R. Sanchez
Chief U.S. District Court Judge